■ In the Matter of ASHLEY R. ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent; LAWRENCE H., Appellant. (Proceeding No. 1.) In the Matter of CODY R. ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent; LAWRENCE H., Appellant. (Proceeding No. 2.) In the Matter of JACQUELINE H. ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent; LAWRENCE H., Appellant. (Proceeding No. 3.) [868 NYS2d 893]

Inasmuch as the only child who is the subject of the appeal has since been returned to the father, the appeal has been rendered academic and under the particular circumstances here, an exception to the mootness doctrine does not apply (*see Matter of New York City Dept. of Social Servs. v Diognes T.,* 208 AD2d 844 [1994]; *cf. Matter of Ifeiye O.,* 53 AD3d 501 [2008]). Fisher, J.P., Angiolillo, Dickerson and Belen, JJ., concur.